FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 12 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 23-481 JB |
| vs. | ) 18 U.S.C. § 922(a)(6): False Statement During Purchase of a Firearm |
| LORENZO ESCUDERO, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney Charges:

On or about October 24, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **LORENZO ESCUDERO**, in connection with the acquisition of a firearm, a Glock GMBH Model 17 GEN5 9mm pistol bearing serial number BRDD633, from BMC Tactical, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to BMC Tactical, which statement was intended and likely to deceive BMC Tactical as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual transferee and buyer of the said firearm and that he was not acquiring the firearm on behalf of another person, despite knowingly and intentionally acquiring the firearm on behalf of another person.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. §§ 922(a) and 924(a) the defendant, **LORENZO ESCUDERO**, shall forfeit to the United States, pursuant to 18 U.S.C. §

924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. Glock GMBH Model 17 GEN5 9mm pistol bearing serial number BRDD633.

ALEXANDER M.M. UBALLEZ
United States Attorney

KATHERINE L. LEWIS
Assistant U.S. Attorney
P.O. Box 167
Albuquerque, New Mexico 87103-0607
(505) 346-7274